1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

TAMER IBRAHIM,

            Plaintiff,

v.

JAGUAR LAND ROVER NORTH
AMERICA, LLC,

           Defendants.

Case No.  CV 18-01190-AB (AGRx)

**ORDER DISMISSING CIVIL
ACTION**

     THE COURT having been advised by counsel that the above-entitled action has been settled;

     IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days**, to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  November 5, 2019

                                        
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE